1  JOHN A. MAVROS, SBN 257673
   E-Mail  jmavros@fisherphillips.com
2  BRET MARTIN, SBN 304658
   E-Mail  bmartin@fisherphillips.com
3  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
4  Irvine, California 92614
   Telephone: (949) 851-2424
5  Facsimile: (949) 851-0152

6  Attorneys for Defendants,
   GRAND PRIX SAN JOSE LLC; ISLAND HOSPITALITY MANAGEMENT, LLC
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  SAMUEL LOVE, | Case No: 3:20-cv-08111-VC |
| 12           Plaintiff, | |
| 13      v. | [~~PROPOSED~~] ORDER APPROVING STIPULATION TO SET ASIDE PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANTS |
| 14  GRAND PRIX SAN JOSE LLC, a Delaware Limited Liability Company; | |
| 15  ISLAND HOSPITALITY MANAGEMENT, LLC, a Delaware | Complaint Filed: November 17, 2020 |
| 16  Limited Liability Company, | Trial Date:     None Set |
| 17           Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GRAND PRIX SAN JOSE LLC, a Delaware Limited Liability Company; ISLAND HOSPITALITY MANAGEMENT, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Defendants. | Case No:  3:20-cv-08111-VC<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO SET ASIDE PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANTS**<br><br>Complaint Filed: November 17, 2020<br>Trial Date:　　　None Set |

# [PROPOSED] ORDER

Pursuant to stipulation of the Parties, and good cause appearing, the Requests for Entry of Default against Defendants GRAND PRIX SAN JOSE LLC and ISLAND HOSPITALITY MANAGEMENT, LLC, are hereby set aside.

Defendants shall up until and including January 6, 2021 to file responsive pleadings.

**IT IS SO ORDERED.**

Date: December 29, 2020



Judge Vince Chhabria

**CERTIFICATE OF SERVICE**

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On December 28, 2020 I served the foregoing document entitled **[PROPOSED] ORDER APPROVING STIPULATION TO SET ASIDE PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANTS** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| David S. Ratner<br>Faythe Gutierrez<br>POTTER HANDY LLP<br>8033 Linda Vista Road, Suite 200<br>San Diego, CA 92111 | Attorneys for Plaintiff,<br>SAMUEL LOVE<br><br>T: (858) 375-7385<br>E: davidr@potterhandy.com<br>E: faytheg@potterhandy.com |

☐ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with ASAP Legal Solution Attorney Services LLC, whose business address is 404 W. 4th Street, Suite B, Santa Ana, CA 92701.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed December 28, 2020 at Irvine, California.

| Katherine Ramirez | By: | /s/ Katherine Ramirez |
|---|---|---|
| Print Name | | Signature |